# "EXHIBIT A"

"EXHIBIT A"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

# ENZOLYTICS, INC.

2000 North Central Expressway, Plano, TX 75074

(972)-292-9414

www.enzolytics.com

harry@enzolytics.com

SIC Code 541711

**Annual Report**
**For the Period Ending:** December 31, 2020
(the "Reporting Period")

As of December 31, 2020, the number of shares outstanding of our Common Stock was: 2,797,935,953

As of September 30, 2020, the number of shares outstanding of our Common Stock was: 2,438,670,097

As of December 31, 2019, the number of shares outstanding of our Common Stock was: 1,066,020,359

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933 and Rule 12b-2 of the Exchange Act of 1934):

Yes: ☐        No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐        No: ☒

Indicate by check mark whether a Change in Control[1] of the company has occurred over this reporting period:

Yes: ☐        No: ☒

---

[1] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;

(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;

(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or

(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

**1)     Name of the issuer and its predecessors (if any)**

In answering this item, please also provide any names used by predecessor entities and the dates of the name changes.

The exact name of the issuer is: **Enzolytics, Inc.**

| Formerly | Date changed |
|---|---|
| Immunotech Laboratories, Inc | September 11, 2017 |
| Eco-Petroleum Solutions, Inc. | November 16, 2012 |
| Structural Enhancement Technologies Corp. | May 10, 2010 |
| Extreme Mobile Coatings Worldwide Corp. | March 2, 2009 |
| Extreme Mobile Coatings Corp., Ltd. | October 10, 2008 |
| Falcon Media Services, Ltd. | November 24, 2004 |
| T&T Homes Limited | July 28, 2004 |

Date and state (or jurisdiction) of incorporation (also describe any changes to incorporation since inception, if applicable) Please also include the issuer's current standing in its state of incorporation (e.g. active, default, inactive):

| | |
|---|---|
| State / Jurisdiction of Incorporation: | United Kingdom |
| | Domiciled to Delaware February 23, 2009 |
| | Re-Domiciled to Wyoming May 21, 2020 |
| | Re-Domiciled to Delaware November 4, 2020 |
| | (currently Delaware - active) |
| Date Incorporated: | July 28, 2004 |

Describe any trading suspension orders issued by the SEC concerning the issuer or its predecessors since inception: None

List any stock split, stock dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months: None

The address(es) of the issuer's principal executive office:

Enzolytics, Inc
2000 North Central Expressway
Plano, Texas 75074

The address(es) of the issuer's principal place of business:
*Check box if principal executive office and principal place of business are the same address:* ☐

Enzolytics, Inc.
Texas A&M University
Institute for Preclinical Studies
College Station, TX 77843-4478

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?
      Yes: ☐      No: ☒

If this issuer or any of its predecessors have been the subject of such proceedings, please provide additional details in the space below: **N/A**

**2)     Security Information**

| | |
|---|---|
| Trading symbol: | ENZC PK |
| Exact title and class of securities outstanding: | Common |
| CUSIP: | 294112107 |
| Par or stated value: | .0001 |

Total shares authorized:                                    3,000,000,000  as of date: 12/31/2020
Total shares outstanding:                                   2,797,935,953  as of date: 12/31/2020
Number of shares in the Public Float[2]:          1,670,830,512  as of date: 12/31/2020
Total number of shareholders of record:          197              as of date: 12/31/2020

*All additional class(es) of publicly traded securities (if any):*

Trading symbol:                                             N/A
Exact title and class of securities outstanding:  Series A Preferred
CUSIP:                                                       N/A
Par or stated value:                                      .0001
Total shares authorized:                               60,000,000     as of date: 12/31/2020
Total shares outstanding:                              60,000,000     as of date: 12/31/2020
Number of shares in the Public Float[3]:          0                as of date: 12/31/2020
Total number of shareholders of record:          3                as of date: 12/31/2020

Trading symbol:                                             N/A
Exact title and class of securities outstanding:  Series B Preferred
CUSIP:                                                       N/A
Par or stated value:                                      .0001
Total shares authorized:                               465,000,000   as of date: 12/31/2020
Total shares outstanding:                              445,180,000   as of date: 12/31/2020
Number of shares in the Public Float[4]:          0                as of date: 12/31/2020
Total number of shareholders of record:          5                as of date: 12/31/2020

Trading symbol:                                             N/A
Exact title and class of securities outstanding:  Series C Preferred
CUSIP:                                                       N/A
Par or stated value:                                      .0001
Total shares authorized:                               10,000,000     as of date: 12/31/2020
Total shares outstanding:                              941,078         as of date: 12/31/2020
Number of shares in the Public Float[5]:          0                as of date: 12/31/2020
Total number of shareholders of record:          2                as of date: 12/31/2020

Transfer Agent

Name:      Nevada Agency and Transfer Company
Phone:    (775) 322-0626
Email:     Tiffany@natco.com

Is the Transfer Agent registered under the Exchange Act?[6]  Yes: ☒      No: ☐

---

[2] "Public Float" shall mean the total number of unrestricted shares not held directly or indirectly by an officer, director, any person who is the beneficial owner of more than 10 percent of the total shares outstanding (a "control person"), or any affiliates thereof, or any immediate family members of officers, directors and control persons.

[3] "Public Float" shall mean the total number of unrestricted shares not held directly or indirectly by an officer, director, any person who is the beneficial owner of more than 10 percent of the total shares outstanding (a "control person"), or any affiliates thereof, or any immediate family members of officers, directors and control persons.

[4] "Public Float" shall mean the total number of unrestricted shares not held directly or indirectly by an officer, director, any person who is the beneficial owner of more than 10 percent of the total shares outstanding (a "control person"), or any affiliates thereof, or any immediate family members of officers, directors and control persons.

[5] "Public Float" shall mean the total number of unrestricted shares not held directly or indirectly by an officer, director, any person who is the beneficial owner of more than 10 percent of the total shares outstanding (a "control person"), or any affiliates thereof, or any immediate family members of officers, directors and control persons.

[6] To be included in the Pink Current Information tier, the transfer agent must be registered under the Exchange Act.

**3)**      **Issuance History**

The goal of this section is to provide disclosure with respect to each event that resulted in any direct changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

**A. Changes to the Number of Outstanding Shares**

Check this box to indicate there were no changes to the number of outstanding shares within the past two completed fiscal years and any subsequent periods: ☐

| Shares Outstanding as of Second Most Recent Fiscal Year End: Opening Balance Date 12/31/2018 Common: 817,748,470 Preferred A: 60,000,000 Preferred B: 20,000,000 Preferred C: 0 | | | | | | *"Right-click the rows below and select "Insert" to add rows as needed.* | | | |
| Date of Transaction | Transaction type (e.g. new issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of issuance? (Yes/No) | Individual/ Entity Shares were issued to (entities must have individual with voting / investment control disclosed). | Reason for share issuance (e.g. for cash or debt conversion) -OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |
|---|---|---|---|---|---|---|---|---|---|
| January 24, 2019 | Issuance | 66,376,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Restricted | Registration |
| February 7, 2019 | Issuance | 72,660,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| February 12, 2019 | Issuance | 13,248,889 | Common | .00038 | yes | William Tynan | Debt Conversion | Unrestricted | Registration |
| December 6, 2019 | Issuance | 38,762,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| December 18, 2019 | Issuance | 57,225,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| January 22, 2020 | Issuance | 51,392,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| January 29,2020 | Issuance | 47,000,000 | Common | .0001 | yes | Livingston Asset Management  Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| January 29, 2020 | Issuance | 63,972,603 | Common | .0001 | yes | Sky Direct LLC  Darlene Pergola | Debt Conversion | Unrestricted | Registration |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| March 12, 2020 | Issuance | 114,444,000 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| April 13, 2020 | Issuance | 105,137,700 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | 3(a)(10) Conversion | Unrestricted | Registration |
| June 4, ,2020 | Issuance | 68,534,900 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| June 18 ,2020 | Issuance | 31,308,550 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| June 25 ,2020 | Issuance | 48,616,000 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| July 9, 2020 | Issuance | 100,403,400 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| July 14, 2020 | Issuance | 57,882,900 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| July 16, 2020 | Issuance | 100,567,400 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| August 20, 2020 | Issuance | 138,571,000 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| August 26, 2020 | Issuance | 10,000,000 | Common | .0001 | yes | Fred Allen Cole | Cash | Restricted | Registration |
| August 26, 2020 | Issuance | 15,000,000 | Common | .0001 | yes | Barrett Akers | Cash | Restricted | Registration |
| September 9, 2020 | Issuance | 4,000,000 | Common | .0001 | yes | Maurice Naaruian | Services | Restricted | Registration |
| September 18, 2020 | Issuance | 195,795,288 | Common | .0001 | yes | Sky Direct Darlene Pergola | Debt Conversion | Unrestricted | Registration |
| September 22, 2020 | Issuance | 203,149,447 | Common | .0001 | yes | Seacor Capital Lisa Ficarra | Debt Conversion | Unrestricted | Registration |
| September 22, 2020 | Issuance | 16,874,550 | Common | .0001 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| September 30, 2020 | Issuance | 50,000,000 | Series B | .0001 | no | Seacor Capital Lisa Ficarra | Services | Restricted | Registration |
| September 30, 2020 | Issuance | 100,000,000 | Series B | .0001 | no | Harry Zhabilov | Services | Restricted | Registration |
| October 9, 2020 | Issuance | 39,265,856 | Common | .0018 | yes | Livingston Asset Management Henry Sargent | Debt Conversion | Unrestricted | Registration |
| October 14, 2020 | Issuance | 70,000,000 | Common | .0065 | yes | Camelot Nevada Trust Kelli Austin | Services | Restricted | Registration |
| October 14, 2020 | Issuance | 50,000,000 | Common | .0065 | yes | Harry Zhabilov | Services | Restricted | Registration |

| October 14, 2020 | Conversion | (20,000,000) | Series B | .0001 | no | Seacor Capital Lisa Ficarra | Series B Conversion | Restricted | Registration |
|---|---|---|---|---|---|---|---|---|---|
| October 14, 2020 | Conversion | 200,000,000 | Common | .0001 | no | Seacor Capital Lisa Ficarra | Series B Conversion | Restricted | Registration |
| December 7, 2020 | Issuance | 30,664,500 | Series B | .0001 | no | Gaurav Chandra | Acquisition | Restricted | Registration |
| December 7, 2020 | Issuance | 86,882,750 | Series B | .0001 | no | Joseph Cotropia | Acquisition | Restricted | Registration |
| December 7, 2020 | Issuance | 86,882,750 | Series B | .0001 | no | Charles Cotropia | Acquisition | Restricted | Registration |
| December 7, 2020 | Issuance | 90,750,000 | Series B | .0001 | no | Harry Zhabilov | Acquisition | Restricted | Registration |
| December 22, 2020 | Issuance | 398,171 | Series C | .005 | no | Sky Direct Darlene Pergola | Debt Exchange | Restricted | Registration |
| December 22, 2020 | Issuance | 542,907 | Series C | .005 | no | Seacor Capital Lisa Ficarra | Debt Exchange | Restricted | Registration |
| December 31, 2020 | Issuance | 18,900,000 | Series A | .0001 | no | Zhabilov Trust Dianna Zhabilov | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | (50,000,000) | Series A | .0001 | no | Zhabilov Trust Diana Zhabilov | Reallocation for Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | (4,000,000) | Series A | .0001 | no | Harry Zhabilov | Reallocation for Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 5,265,000 | Series A | .0001 | no | Gaurav Chandra | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 14,917,500 | Series A | .0001 | no | Joseph Cotropia | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 14,917,500 | Series A | .0001 | no | Charles Cotropia | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 231,000,000 | Common | .0001 | no | Zhabilov Trust Diana Zhabilov | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | (462,000,000) | Common | .0001 | no | Zhabilov Trust Diana Zhabilov | Reallocation for Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 34,650,000 | Common | .0001 | no | Gaurav Chandra | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 98,175,000 | Common | .0001 | no | Joseph Cotropia | Acquisition | Restricted | Registration |
| December 31, 2020 | Issuance | 98,175,000 | Common | .0001 | no | Charles Cotropia | Acquisition | Restricted | Registration |

Shares Outstanding on Date of This Report:

Date: 12/31/2020        Ending Balance

Common: 2,797,935,953

Preferred A: 60,000,000

Preferred B: 445,180,000

Preferred C:      941,078

*Example:* A company with a fiscal year end of December 31st, in addressing this item for its quarter ended September 30, 2019, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2017 through September 30, 2019 pursuant to the tabular format above.

Use the space below to provide any additional details, including footnotes to the table above: **None**

## B. Debt Securities, Including Promissory and Convertible Notes

Use the chart and additional space below to list and describe all outstanding promissory notes, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities.

Check this box if there are no outstanding promissory, convertible notes or debt arrangements: ☐

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder (entities must have individual with voting / investment control disclosed). | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| April 28, 2010 | $140,000 | $150,000 | $109,030 | October 28, 2010 | 25% discount to the average 30 day closing price – see note 2 | Cimarron Capital; Peter Aiello | Loan |
| April 13, 2012 | $15,000 | $15,000 | $12,625 | October 31, 2012 | See note 1 below. See note 2 | Bruce Colgin | Loan |
| September 21, 2012 | $59,800 | $283,500 | $ 0 | September 21, 2015 | Note is not convertible, non-interest bearing– see note 2 | Peter Mergenthaler | Settlement Agreement |
| September 25, 2013 | $50,000 | $50,000 | $33,750 | December 24, 2013 | 85 percent of the market price (meaning the average of the lowest two trading prices for the five-day trading period before the date of conversion) – see note 2 | JLA Realty Associates LLC – Steven J. Caspi | Loan |
| October 18,2013 | $100,000 | $100,000 | $66,667 | January 16, 2014 | 85 percent of the market price (meaning the average of the lowest two trading prices for the five-day trading period before the date of conversion) – see note 2 | JLA Realty Associates LLC – Steven J. Caspi | Loan |
| March 9, 2017 | $25,000 | $25,000 | $10,664 | March 9, 2018 | 50% discount to the lowest closing bid during the past 10 days – see note 2 | KONA Concepts Inc; Peter Aiello | Loan |
| May 26, 2017 | $5,000 | $5,000 | $2,000 | July 10, 2018 | 50% discount to the lowest closing bid during the past 10 days. – see note 2 | Cimarron Capital; Peter Aiello | Loan |
| July 10, 2017 | $10,000 | $10,000 | $3,000 | July 10, 2018 | 50% discount to the lowest closing bid price over the past 10 trading days– see note 2 | Al Hanson | Assumed with acquisition |
| April 13, 2018 | $12,500 | $12,500 | $3,625 | April 13, 2019 | 50% discount to the lowest closing bid price over the past 10 trading days – see note 2 | AT Media Corp Carl Caserta | Loan |

Use the space below to provide any additional details, including footnotes to the table above:

1. The note carries an interest rate of 10 percent per annum, and may be either repaid, at the election of the note holder in cash plus the issuance of shares of common stock of the Company in the amount of $30,000 in value, or by the conversion of the principal and interest due into a total of $45,000 in value of common stock of the Company.
2. As a result of the reorganization, in accordance with Section 251(g) of the DGCL, the remaining previous convertible and non-convertible debt of ENZC is debt of the Predecessor and convertible into shares of the non-public subsidiary or payable by the Predecessor rather than the Parent.
3. On November 16, 2020 the Company entered into debt exchange agreements with Seacor Capital, Inc., and Sky_Direct, LLC whereby the balance of their outstanding notes and accrued interest were exchanged for Preferred Series C shares of ENZC extinguishing the debt obligation.

## 4)      Financial Statements

A.  The following financial statements were prepared in accordance with:

☒ U.S. GAAP
☐ IFRS

B.  The financial statements for this reporting period were prepared by (name of individual)[7]:

| | |
|---|---|
| Name: | **Jona Barnes, E. A., Partner** |
| Title: | **Partner, CPA** |
| **Relationship to Issuer:** | **None** |

Provide the financial statements described below for the most recent fiscal year or quarter.  For the initial disclosure statement (qualifying for Pink Current Information for the first time) please provide reports for the two previous fiscal years and any subsequent interim periods.

C.      Balance sheet;
D.      Statement of income;
E.      Statement of cash flows;
F.      Statement of Changes in Shareholders' Equity
G.      Financial notes; and
H.      Audit letter, if audited

You may either (i) attach/append the financial statements to this disclosure statement or (ii) file the financial statements through OTCIQ as a separate report using the appropriate report name for the applicable period end. ("Annual Report," "Quarterly Report" or "Interim Report").

If you choose to publish the financial statements in a separate report as described above, you must state in the accompanying disclosure statement that such financial statements are incorporated by reference.  You may reference the document(s) containing the required financial statements by indicating the document name, period end date, and the date that it was posted to OTCIQ in the field below. Financial Statements must be compiled in one document.

**Financial Statements are Incorporated by reference.**

Financial statement information is considered current until the due date for the subsequent report (as set forth in the qualifications section above).  To remain qualified for Current Information, a company must post its Annual Report within 90 days from its fiscal year-end date and Quarterly Reports within 45 days of each fiscal quarter-end date.

## 5)      Issuer's Business, Products and Services

The purpose of this section is to provide a clear description of the issuer's current operations.  In answering this item, please include the following:

A.  Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations"

Enzolytics, Inc. is a Delaware corporation in the development stage. The Corporation was initially incorporated, under the name of T and T Homes Limited on July 28, 2004, in the United Kingdom. On November 25, 2004, the name of the Corporation was amended to be Falcon Media Services, Ltd. On November 12, 2008, the Company changed its name to Extreme Mobile Coatings Corp., Ltd. On March 2, 2009, the Company changed its name to Extreme Mobile Coatings Worldwide Corp. On May 19, 2010, the Company changed its name to Structural Enhancement Technologies Corp. Lastly, on November 16, 2012, the Company amended its name to Eco-Petroleum Solutions, Inc. to indicate a change in its business plan to expand its operations by entering into the renewable energy sector to conduct the business of blending, bottling, and distributing private label motor oil, transmission fluid, and related products for the automotive aftermarket.

---

[7] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS by persons with sufficient financial skills.

On July 21, 2017 the Company submitted a Corporate Action requesting a name and symbol change, as a required by the merger agreement, to change the name of the Company from Eco-Petroleum Solutions, Inc. to Immunotech Laboratories, Inc. to indicate the Company's entrance into the Drug Development Industry for Immunotherapies. The Company has received comments and responded and expects the process to be completed shortly. The request was subsequently withdrawn, and the merger agreement terminated.

On October 25, 2017 the Company's subsidiary Immunotech Laboratories, Inc. submitted a request to for the retirement of the Immunotech Laboratories, Inc. symbol IMMB from the OTC Market. The request was subsequently denied, and a deficiency letter issued resulting in the termination of the merger agreement.

On January 15, 2018 the merger agreement with Immunotech Laboratories, Inc. was terminated except for Section 1.03(d)(i) which relates to the appointment of Harry Zhabilov as Chairman and CEO of ECPO which remains in effect.

On January 30, 2018 a new Corporate action was filed by the Company to change its name from Eco-Petroleum Solutions, Inc. to Enzolytics, Inc. to better represent the new business strategy. The Corporate action was approved on March 22nd and the ticker symbol was changed from ECPO to ENZC. The amendment to the Articles of Incorporation in the state of Delaware were filed on January 17, of 2018 changing the name to Enzolytics, Inc.

On March 26, 2018 an asset purchase agreement was entered with Immunotech Laboratories, Inc whereby the Exclusive License Agreement for the Patented Immunotherapy Treatment for the care of HIV/Aids and Hepatitis C patients, the Forty Nine Percent ownership in Immunotech Laboratories BG, all equipment and licensing of intellectual property associated with the Patented treatment in exchange for a secured note receivable, common stock of Enzolytics, Inc. issued to Immunotech Laboratories, Inc. and assumption of certain debt from Immunotech by Enzolytics, Inc.

On June 25, 2018, the Company entered into a settlement agreement and stipulation ("Settlement Agreement") with Livingston Asset Management LLC ("Livingston") in connection with the settlement of $563,000 of bona fide obligations the Company owed to certain of its creditors. The Settlement Agreement was subject to Federal court fairness hearing, and on August 21, 2018 a Federal court granted approval of the Settlement Agreement. If satisfied in full, pursuant to the Settlement Agreement the Company shall reduce the Company's debt obligations in exchange for the issuance of 563,000,000 shares of Company's common stock, in multiple tranches, pursuant to the terms of section 3(a)(10) of the Securities Act of 1933, as amended. At no time may Livingston beneficially own more than 9.99% of the Company's outstanding common stock. In connection with the transaction, the Company issued to Livingston a convertible promissory note in the principal amount of $100,000 bearing interest of 10% per year to cover legal fees and other expenses, The Note is convertible into shares of the Company's common stock at 50% of the lowest closing bid price for 10 trading days prior to the date of conversion. Under the terms of a separate engagement letter, in connection with the settlement agreement, the Company is to pay a registered placement agent ten percent (10%) of the dollar amount of creditor obligations extinguished pursuant to the settlement agreement.  As of March 31, 2020, 447,859,000 shares have been converted.

On April 16, 2020, the Company announced its new physical address and telephone number, 2000 N. Sentra Express Way, Unit 104, Plano, Texas 75074, telephone number, (972) 292-9414.

On April 30, 2020, the Company filed Foreign Profit Corporation Article of Continuance pursuant to Wyoming Statute W.S. 17-16-1810 to redomicile the Company from Delaware to Wyoming and increasing the authorized common shares to three billion.  On May 21, 2020, the Company was approved by the State of Wyoming.

On September 15, 2020, Enzolytics, Inc. and BioClonetics Immunotherapy, Inc., a biotech company located in Dallas, TX, announced the execution of a Letter of Intent to merge the two entities together with the intent to combine the two proprietary technologies to evaluate the beneficial and synergistic effect of combining therapeutics of the two entities to treat those infected with the HIV virus.

On October 22, 2020, the Company announced the appointment, by the Board of Directors of the Company, on October 20, 2020, of Charles Cotropia to the position of CEO of Enzolytics. Mr. Cotropia also serves as CEO of the Company's Merger target BioClonetics Immunotherapeutics, and Harry Zhabilov the former CEO of the Company has taken the position of CSO. Charles Cotropia was appointed to the Company's Board of Directors on October 1, 2020. Simultaneously, Harry Zhabilov was appointed to the BioClonetics Immunotherapeutics board.

On November 4, 2020 the Company filed to redomicile in the State of Delaware.

On November 16, 2020, the issuer (having been renamed, immediately prior to this Holding Company Reorganization, from "Enzolytics, Inc." to "ENZC SUB, Inc.") completed a corporate reorganization (the "Holding Company Reorganization") pursuant to which ENZC SUB, Inc., as previously constituted (the "Predecessor") became a direct, wholly-owned subsidiary of a newly formed Delaware corporation, Enzolytics, Inc. (the "Holding Company"), which became the successor issuer. In other words, the Holding Company is now the public entity. The Holding Company Reorganization was effected by a merger conducted pursuant to Section 251(g) of the Delaware General Corporation Law (the "DGCL"), which provides for the formation of a holding company without a vote of the stockholders of the constituent corporations.

In accordance with Section 251(g) of the DGCL, Enzolytics Merger Corp. ("Merger Sub"), another newly formed Delaware corporation and, prior to the Holding Company Reorganization, was an indirect, wholly owned subsidiary of the Predecessor, merged with and into the Predecessor, with the Predecessor surviving the merger as a direct, wholly owned subsidiary of the Holding Company (the "Merger"). The Merger was completed pursuant to the terms of an Agreement and Plan of Merger among the Predecessor, the Holding Company and Merger Sub, dated November 16, 2020 (the "Merger Agreement").

As of the effective time of the Merger and in connection with the Holding Company Reorganization, all outstanding shares of common stock and preferred stock of the Predecessor were automatically converted into identical shares of common stock or preferred stock, as applicable, of the Holding Company on a one-for-one basis, and the Predecessor's existing stockholders and other holders of equity instruments, became stockholders and holders of equity instruments, as applicable, of the Holding Company in the same amounts and percentages as they were in the Predecessor prior to the Holding Company Reorganization.

The executive officers and board of directors of the Holding Company are the same as those of the Predecessor in effect immediately prior to the Holding Company Reorganization.

For purposes of Rule 12g-3(a), the Holding Company is the successor issuer to the Predecessor, now as the sole shareholder of the Predecessor. Accordingly, upon consummation of the Merger, the Holding Company's common stock was deemed to be registered under Section 12(b) of the Securities Exchange Act of 1934, as amended, pursuant to Rule 12g-3(a) promulgated thereunder.

The Holding Company adopted a certificate of incorporation (the "Certificate") and bylaws (the "Bylaws") that are, in all material respects, identical to the certificate of incorporation and bylaws of the Predecessor immediately prior to the Holding Company Reorganization, with the possible exception of certain amendments that are permissible under Section 251(g)(4) of the DGCL. The Holding Company has the same authorized capital stock and the designations, rights, powers and preferences of such capital stock, and the qualifications, limitations and restrictions thereof are the same as that of the Predecessor's capital stock immediately prior to the Holding Company Reorganization.

The common stock of the Holding Company trades on OTC Markets under the symbol "ENZC" under which the common stock of the Predecessor was previously listed and traded. As a result of the Holding Company Reorganization, the common stock of the Predecessor will no longer be publicly trade.

On November 30, 2020, Enzolytics, Inc. (the "Company") entered into a Business Combination Agreement with Bioclonetics Immunotherapeutics, Inc., ("Bioclonetics") a Texas Corporation controlled by Charles S. Cotropia, the Company's current Chief Executive Officer.

As consideration for the Business Combination, and in exchange for 100% of the issued and outstanding stock of BioClonetics, the Company has agreed to issue a total of 204,430,000 newly issued shares of Series B Preferred Stock to Charles S. Cotropia, and others Bioclonetics Designees and 90,570,000 shares of newly issued Series B Preferred Stock to Harry Zhabilov, the Company's current Chief Financial Officer. These shares were issued on December 7, 2020.

In addition, on November 30, 2020, the Zhabilov Trust, the Company's Controlling Shareholder, entered into a Control Block Transfer Agreement, under which the Zhabilov Trust has agreed to transfer 35,100,000 shares of Series A Preferred Stock

and 231,000,000 shares of Common Stock (together the "Control Block") to Charles S. Cotropia and other Bioclonetics Designees. This reallocation of shares from Zhabilov Trust was completed on December 31, 2020.

Once such share issuances and transfers are completed, Charles S. Cotropia will be the Company's new Control Block holder and majority shareholder, in addition to his role as Chief Executive Officer of Enzolytics, Inc., resulting in a Change of Control.

In addition, on November 16, 2020 the Company entered into debt exchange agreements with Seacor Capital, Inc., and Sky_Direct, LLC whereby the balance of their outstanding notes and accrued interest were exchanged for Preferred Series C shares of ENZC extinguishing the debt obligation.

As a result of the reorganization, in accordance with Section 251(g) of the DGCL, the remaining convertible abd non-convertible debt of ENZC is now debt of the Predecessor and payable by or convertible into shares of the non-public subsidiary.

Pursuant to the terms of the Business Combination Agreement, on November 24, 2020, the Company formed two new Texas corporations as wholly-owned subsidiaries for the purpose of licensing certain patented technologies:  Biogenysis, Inc. and Virogentics, Inc.

Two Patent License Agreements

On November 30, 2020, Biogenysis, Inc., a wholly-owned subsidiary of Enzolytics, Inc., entered into a Patent License Agreement with Bioclonetics in order to license the U.S. Provisional Patent Application No. 63/078,482, filed September 15, 2020, entitled NOVEL HIV-BINDING PEPTIDES for treating, preventing and reducing the risks of HIV, including all patents issuing therefrom and any foreign counterparts thereof.

Also on November 30, 2020, Virogentics, Inc., a wholly-owned subsidiary of Enzolytics, Inc., entered into a Patent License Agreement with the Zhabilov Trust in order to license the U.S. Patent No. 7,479538, entitled Irreversibly - Inactivated pepsinogen fragment and Pharmaceutical composition the same for detecting preventing and treating HIV; U.S. Patent No. 8,066982, Irreversibly - Inactivated pepsinogen fragment and Pharmaceutical composition compressing the same for detecting preventing and treating HIV, including all patents issuing therefrom and any foreign counterparts thereof.

Provisional Patent for Immunotherapy Treatment of Multiple Sclerosis

On December 9, 2020 the company filed a provisional patent with the U.S. Patent Office for an Immunotherapy  treatment of Multiple Sclerosis developed by Harry Zhabilov, titled NUCLEAR PROTEINS ISOLATED FROM MAMALIAN SPINAL CORD (SCNP) IMMUNE FACTOR, Ser. No. 62/123341. The Company received confirmation of filing from the U.S. Patent Office on December 10, 2020.

Engagement of BTS Research for Planned Toxicity Test

On December 14, 2020 the Company engaged SAMM SOLUTIONS, INC. (DBA BTS Research), through a Master Service Agreement ("MSA"), to conduct a toxicity study on the Company's Flagship compound ITV-1. The Company has previously tested the compound in successful Clinical Trials in Bulgaria, but FDA regulations require separate Toxicity tests before an Investigational New Drug process may begin in the United States. The Company is still in the planning stages and based on the Mutual Recognition Agreement between the European Medicines Agency and the U. S, Federal Drug Administration may pre-empt the need for additional planned toxicity study.

Texas A&M Facilities

Effective December 1, 2020, the Company entered into a lease with Texas A & M University for office and laboratory space on the campus of Texas A&M University in the University's Institute for Preclinical Studies in order to expand the Company's development capabilities for the production of additional monoclonal antibodies.

B.   Please list any subsidiaries, parents, or affiliated companies.

The Company is a 49% owner of the Bulgarian entity IMMB BG, which holds a sub-license agreement issued by ENZC for the proprietary immunotherapy treatment.

The Company is 100% owner of Biogenysis, Inc.
The Company is 100% owner of Virogentics, Inc.
The Company is 100% owner of ENZC Sub., Inc.
The Company is 100% owner of BioClonetics Immunotherapy, Inc.

C.   Describe the issuers' principal products or services, and their markets.

The Company's products consist of two distinct drug development proprietary technologies: Immunotherapy and fully human monoclonal antibodies.

Enzolytics has proprietary technology for creating human cell lines that produce fully human monoclonal antibodies against numerous infectious diseases, including HIV-1, Hepatitis (A, B, C), rabies, influenza A and B, tetanus and diphtheria. The Company's technology for producing fully human monoclonal antibodies is now being employed to produce anti-SARS-CoV-2 (Coronavirus) monoclonal antibodies for treating COVID-19. The Company plans to employ its technology to subsequently produce fully human monoclonal antibodies for treating HIV-2, anthrax, smallpox, H1N1 influenza, herpes zoster, varicella zoster, Rh (+) auto-immune disease and the Ebolavirus.

The Company is in the final development of the recombinant of the parent anti-HIV monoclonal antibody (identified as "Clone 3") which has been shown in *in vitro* tests conducted in 5 international laboratories to fully neutralized over 95% of all strains and viral subtypes of HIV-1 against which it was tested. The basis for its broad-spectrum efficacy is the fact that Clone 3 antibody targets an immutable epitope on the HIV virus. The targeted epitope has remained present in 98% (either directly or by way of conserved substitutions) of the 87,336 HIV isolates now known which have been analyzed by the Company using Artificial Intelligence (AI).

Using AI, the Company has also identified 8 additional conserved sites on the HIV-1 virus, some with over 98% conserved sequences, against which the Company plans to produce anti-HIV monoclonal antibodies. Production of multiple antibodies targeting different conserved and expectedly immutable sites comports with experts' conclusion that an effective treatment for HIV and the Coronavirus will likely require the administration of multiple monoclonal additional antibodies. Effective monoclonal antibodies will be those that target conserved and expectedly immutable virus sites. Producing targeted antibodies will result in the production of a therapeutic that will not be rendered ineffective due to mutation (variants) of the virus. In other words, even a "variant form of the virus" will expectedly contain the immutable targeted sites. Targeting immutable sites avoids the ineffectiveness that is experienced when a therapeutics or vaccine targets a site that nutates.

While the Company's HIV therapeutics may be used as an immunotherapeutic treatment for individuals with HIV/AIDS, they may also be developed for use as a prophylactic and therapeutic vaccine to prevent uninfected populations from contracting the HIV virus. Treatment using the fully human anti-HIV antibody will be far superior to current antiretroviral therapy for several significant reasons: (1) the therapy will be non-toxic (without damage to the kidneys and liver) and will not cause bone density deterioration (osteopenia and osteoporosis) – as does antiretroviral treatments, (2) will not require lifetime treatment and (3) will be far less expensive.

Using its proprietary methodology, the Company is also producing anti-SARS-CoV-2 monoclonal antibodies and has identified 11 conserved, expectedly immutable epitopes on the Coronavirus against which it plans to produce targeted monoclonal antibodies. Using AI, the Company has screened the 50,512 Coronavirus isolates currently known and has identified conserved sites which expectedly are immutable. The 11 conserved sequences identified on the virus isolates curated have been identified on the basis that they are 98.71% to 99.29% conserved over the entirety of the 50,512 Coronavirus isolates analyzed by the Company using AI.

Comprehensive patent protection covering these discoveries, relating to HIV and the Coronavirus, have been filed in the U.S. and will be extended to international coverage under the Patent Cooperation Treaty (PCT). The patent coverage sought includes patent claims on the discovered epitope/antigens, vaccine claims, antibody claims, and related prophylactic/therapeutic method claims relating to the epitope/antigens.

The Coronavirus treatment drug market is expected to grow from 15.9 billion in 2020 to over $49.2 billion in 2027. The HIV Drug Market is expected to reach $36.49 billion by 2027 and market for treatment of Multiple Sclerosis is projected to exceed $40.66 billion by 2027 for a total market size of $126.35 billion for the treatments under development, The Company expects, aided by the continued use of AI, further expansion of its pipeline of additional treatments for other life threatening and debilitating viruses.

.

### 6)   Issuer's Facilities

The goal of this section is to provide a potential investor with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer.

In responding to this item, please clearly describe the assets, properties or facilities of the issuer, give the location of the principal plants and other property of the issuer and describe the condition of the properties.  If the issuer does not have complete ownership or control of the property (for example, if others also own the property or if there is a mortgage on the property), describe the limitations on the ownership.

If the issuer leases any assets, properties or facilities, clearly describe them as above and the terms of their leases.

The Company leases a 380 sq ft facility located at 2000 North Central Expressway Plano Texas 75074 for $650.00 per month. The lease is for a one-year period ending on March 31, 2021. All lease payments are current.

In addition, the Company leases a 695 sq ft office and laboratory facility located at 800 Raymond Stotzer Parkway Building 1904, Suite 2106, College Station, Texas 77843 for $2,595.00 per month. The lease is for a one-year period ending in December 2021. All lease payments are current.

### 7)   Company Insiders (Officers, Directors, and Control Persons)

The goal of this section is to provide an investor with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial shareholders.

Using the tabular format below, please provide information, as of the period end date of this report, regarding any person or entity owning 5% or more of any class of the issuer's securities, as well as any officer, and any director of the company, regardless of the number of shares they own. **If any listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information of an individual representing the corporation or entity in the note section.**

| Name of Officer/Director or Control Person | Affiliation with Company (e.g. Officer/Director/Owner of more than 5%) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Note |
|---|---|---|---|---|---|---|
| Harry Zhabilov | CFO and CSO | Frisco, TX | 190,750,000 | Series B | 42.84% | |
| Zhabilov Trust<br><br>Diana Zhabilov Trustee | Shareholder | Frisco, TX | 18,900,000<br><br>231,000,000 | Series A<br><br>Common | 31.50%<br><br>8.26% | |

| Charles Cotropia | CEO | Heath, TX | 86,882,750 | Series B | 19.52% | |
| | | | 14,917,500 | Series A | 24.86% | |
| | | | 98,175,000 | Common | 3.51% | |
| Joseph Cotropia | CSO | College Station, TX | 86,882,750 | Series B | 19.52% | |
| | | | 14,917,500 | Series A | 24.86% | |
| | | | 98,175,000 | Common | 3.51% | |
| Gaurav Chandra | CSO | Cape Town, South Africa+ | 30,664,500 | Series B | 6.89% | |
| | | | 5,265,000 | Series A | 8.78% | |
| | | | 34,650,000 | Common | 1.24% | |

**8)     Legal/Disciplinary History**

A.   Please identify whether any of the persons listed above have, <u>in the past 10 years</u>, been the subject of:

1.   A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);   **none**

2.   The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities;   **none**

3.   A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated;   **none**

4.   The entry of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.   **none**

B.   Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.   **none**

**9)     Third Party Providers**

Please provide the name, address, telephone number and email address of each of the following outside providers:

<u>Securities Counsel</u>
Name:              Morgan Petitti
Firm:              <u>Morgan E. Petitti, ESQ</u>
Address 1:         <u>118 W. Streetsboro Rd.</u>
Address 2:         <u>Hudson, Ohio 44236</u>
Phone:             <u>330-697-5848</u>
Email:             <u>PetittiLaw@gmail.com</u>

<u>Accountant or Auditor</u>

Name:         Jona Barnes, E.A. Partner
Firm:         Mallet & Barnes Tax Service
Address 1:    6136 Mission Gorge Road Suite 125
Address 2:    San Diego, CA 92120
Phone:        (619) 326-0840
Email:        jonabarnes117@gmail.com

Name:         Leah Gonzales
Firm:         Malonebailey, LLP
Address 1:    9801 Wetheimer Rd. Suite 1100
Address 2:    Houston, TX 77402
Phone:        713-343-3468
Email:        lgonzales@malone-bailey.com


Investor Relations  N/A

Name:
Firm:
Address 1:
Address 2:
Phone:
Email:

Other Service Providers

Provide the name of any other service provider(s) that **that assisted, advised, prepared or provided information with respect to this disclosure statement**. This includes counsel, advisor(s) or consultant(s) or provided assistance or services to the issuer during the reporting period.

Name:
Firm:
Nature of Services:
Address 1:
Address 2:
Phone:
Email:


**10)    Issuer Certification**

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities).

The certifications shall follow the format below:

I, Charles Cotropia, certify that:

   1. I have reviewed this December 31, 2020 Year Ended Disclosure Statement of Enzolytics, Inc.;

   2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

March 29, 2021

/s/ Charles Cotropia, CEO

(Digital Signatures should appear as "/s/ [OFFICER NAME]")


*Principal Financial Officer:*

I, Harry Zhabilov certify that:

1. I have reviewed this this December 31, 2020 Year End Disclosure Statement of Enzolytics, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

March 29, 2021

/s/ Harry Zhabilov, CFO

(Digital Signatures should appear as "/s/ [OFFICER NAME]")