# "EXHIBIT B"

**"EXHIBIT B"**

markkallenbach@comcast.net

**Subject:** FW: Mergenthaler ENZC Shares
**Attachments:** P. Mergenthaler 10M Share LO.pdf; P. Mergenthaler 7-2009 Letter.pdf; P. Mergenthaler BR, Settlement Agr. and Extension Agr..pdf

**From:** M Petitti <petittilaw@gmail.com>
**Sent:** Thursday, March 11, 2021 7:45 AM
**To:** markkallenbach@comcast.net
**Cc:** peter mergenthaler <pmergenthaler@hotmail.com>
**Subject:** Re: Mergenthaler ENZC Shares

Good morning. Attached is the only opinion I've written for Peter, along with the supporting paperwork mentioned in the opinion. I cannot speak to the stock certificates you provided as they were issued after the legal opinion was written but given Structural Enhancement is a predecessor of ENZC, Structural Enhancement shares are the same as ENZC shares.

Have a pleasant day!

**Morgan E. Petitti, Esq.**
118 W. Streetsboro Street, # 317
Hudson, Ohio 44236
Telephone: 330.697.8548
E-Mail: PetittiLaw@gmail.com

CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the addressee(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Morgan E. Petitti. Thank you for your cooperation.

On Thu, Mar 11, 2021 at 2:10 AM <markkallenbach@comcast.net> wrote:

> Dear Ms. Petitti,
>
> Please understand that all that I am trying to accomplish by this e-mail is to covert the attached Structural Enhancement shares into ENZC shares.
>
> Will you confirm that the attached stock certificates are true and correct copies of the original documents for me?
>
> Also, I understand that you have authored an opinion letter as to the foregoing shares. Could you provide a copy of your opinion letter as to the foregoing shares?

1

To your knowledge is there any reason that the attached Structural Enhancement shares cannot or should not be converted into ENZC shares.

Please let me know your charge, if any, for responding to this e-mail and I will see to it that your charge is immediately paid.

Very truly yours,

Mark J. Kallenbach, Esq.

2