# "EXHIBIT C"

**"EXHIBIT C"**

# NATCO
Nevada Agency and Transfer Company

50 West Liberty Street, Suite 880  
Reno, NV 89501

Phone: (775) 322-0626  
Fax: (775) 322-5623  
info@natco.com  
http://natco.com/

# HOLDINGS STATEMENT AS OF 7/9/2021

**Account (ID: 333-992):**  
PETER MERGENTHALER  
53 PARKER STREET F401  
WALLINGFORD, CT 06492  
United States  
pmergenthaler@hotmail.com

Issuer: ENZOLYTICS INC (ID: 353)  
State of Incorporation : DE  
Outstanding Common: 5,000,000

## Issuer: ENZOLYTICS INC (ID: 353)

### Security Common:

| Certificate ID | Certificate # | Issued | Canceled | Restriction | Stop | Security | Shares |
|---|---|---|---|---|---|---|---|
| 069-387 | CS5-4073 | 02/12/2015 | 02/12/2015 | | | Common | 10,000,000 |
| Acquisition Date: 02/12/2015 for 10,000,000 shares | | | | | | | |
| 069-423 | CS5-4109 | 08/31/2017 | 04/15/2021 | | | Common | 1,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares | | | | | | | |
| 069-424 | CS5-4110 | 08/31/2017 | 04/15/2021 | | | Common | 1,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares | | | | | | | |
| 069-425 | CS5-4111 | 08/31/2017 | 04/15/2021 | | | Common | 1,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares | | | | | | | |
| 069-426 | CS5-4112 | 08/31/2017 | 04/15/2021 | | | Common | 1,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares | | | | | | | |
| 069-427 | CS5-4113 | 08/31/2017 | 04/15/2021 | | | Common | 500,000 |
| Acquisition Date: 08/31/2017 for 500,000 shares | | | | | | | |
| 069-428 | CS5-4114 | 08/31/2017 | 04/15/2021 | | | Common | 500,000 |
| Acquisition Date: 08/31/2017 for 500,000 shares | | | | | | | |
| 177-611 | CS6-4269 | 04/15/2021 | 05/10/2021 | | | Common | 5,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 500,000 shares, 08/31/2017 for 500,000 shares | | | | | | | |
| 178-967 | BK5-4295 | 05/10/2021 | | | | Common | 5,000,000 |
| Acquisition Date: 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 1,000,000 shares, 08/31/2017 for 500,000 shares, 08/31/2017 for 500,000 shares | | | | | | | |

Number of Common Certificates: 9  
Total Common Outstanding: 5,000,000

| Security | CUSIP | Authorized Shares | Par Value |
|---|---|---|---|
| Common | 294112107 | 3,000,000,000 | $0.0001 |