# "EXHIBIT D"

"EXHIBIT D"

|                        |                                                              |
|------------------------|--------------------------------------------------------------|
| State of Connecticut ) | **PETER MERGENTHALER AFFIDAVIT REGARDING**                   |
|                      ) | **THE FRAUDULENT TRANSFER OF 10,000,000 OF HIS**             |
| County of New Haven )  | **ECO PETROLEUM SOLUTIONS, INC. SHARES**                     |

Peter Mergenthaler being first duly sworn under oath states and alleges as follows:

1. I have personal knowledge of the following facts which I believe to be true and correct in all material respects.
2. Attached under cover of "Exhibit A" is a true and correct copy of a February 5, 2015 letter bearing my signature which my attorney recently obtained from Nevada Agency and Transfer Company.
3. The signature on Exhibit A is not genuine. Said differently, that signature is not mine. It is a forgery.
4. American Asset Management Services Corp is the only addressee on Exhibit A whom I know. I do not know of nor have I heard of the remaining addressees.
5. Attached under cover of "Exhibit B" is a true and correct copy of a February 12, 2015 Stock Power bearing my signature which my attorney recently obtained from Nevada Agency and Transfer Company.
6. The signature on Exhibit B is not genuine. Said differently, that signature is not mine. It is a forgery.
7. I did not in February 2015 or at any other time authorize or consent to the transfer of any transfer of my ECO Petroleum Solutions, Inc. shares to any of the transferees listed in the Exhibit B Stock Power.
8. I make this affidavit for the purpose of recovering 10,000,000 ECO Petroleum Solutions, Inc. shares which are my property that had been stolen from me.

Further your affiant saith not.

_____
Peter Mergenthaler

Subscribed and sworn to before me
this 12 day of May 2021.

_____
Notary Public   Wendy Stach
Oct 31, 2022

# "EXHIBIT A"

"EXHIBIT A"

07/03/2012  06:21                                                                                    #5096 P.001 /001

# PETER MERGENTHALER
### 3 WOOD EDGE COURT
### WATER MILL, NY 11976
### 561.302.1850 fax 631.283.7919
### pmergenthaler@hotmail.com



RECEIVED
FEB 10 2015
NEVADA AGENCY AND
TRANSFER COMPANY

February 5, 2015

Tiffany Baxter
Transfer Agent Manager
Nevada Agency and Transfer Company
50 West Liberty Street, Suite 880
Reno, NV 89501

Re: Eco Petroleum Solutions, Inc. (the "Company")

Dear Mrs. Baxter:

Please be advised that a total of 10,000,000 shares are to be issued in the name of Peter Mergenthaler. Please consider this my formal instructions with respect to the issuance of said shares, as set forth below.

| | |
|---|---|
| Sage Market Advisors<br>1171 Lawrence Avenue<br>Westfield, NJ 01090<br>26-3254985 | 2,500,000 shares |
| M Lamar Outz<br>121 Erstine Drive<br>Warner Robins, GA 31093<br>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 | 1,000,000 shares |
| OMS Consulting, Inc.<br>1409 SW 25th Ave<br>Boynton Beach, FL 33426<br>47-3031223 | 1,500,000 shares |
| American Asset Management Services Corp.<br>C/o 187 Smithtown Blvd<br>Nesconset, NY 11767<br>47-1291267 | 5,000,000 shares |

Please deliver all certificates to the Company at its usual address. Please feel free to contact me if you have any questions.

Very truly yours,

Peter Mergenthaler

# "EXHIBIT B"

"EXHIBIT B"



RECEIVED
FEB 13 2015
NEVADA AGENCY AND
TRANSFER COMPANY

# STOCK POWER

NOTICE: Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than saving bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM - as tenants in common
TEN ENT - as tenants by the entireties
JT TEN - as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT - _____ Custodian _____
(Cust)       (Minor)
under Uniform Gifts to Minors
Act _____
(State)

Additional abbreviations may also be used though not in the above list.

For Value Received  PETER MROGENTHALER  hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

OMS Consulting, Inc.
Sage Market Advisors
M. Lamar Ortz
AMERICAN MANAGEMENT SERVICES CORP
(PLEASE PRINT OR TYPE\WRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)
185 SMITHTOWN BLVD, NESCONSET, 11767

ECO PETROLEUM SOLUTIONS, INC

10,000,000 Shares

of the capital stock represented by the within certificate, and do hereby irrevocably constitute and appoint

NEVADA AGENCY Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated 2-12-2015

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

SIGNATURE GUARANTEED:

Signature(s) must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank) or a trust company. The guaranteeing firm must be a member of the Medallion Guarantee Program.