# "EXHIBIT F"

"EXHIBIT F"

**markkallenbach@comcast.net**
___

| | |
|---|---|
| **From:** | Amanda Cardinalli <amanda@natco.com> |
| **Sent:** | Monday, May 17, 2021 7:23 PM |
| **To:** | markkallenbach@comcast.net |
| **Cc:** | tiffany@natco.com |
| **Subject:** | RE: Peter Mergenthaler 10,000,000 ECO Petroleum Solutions, Inc. Forged Stock Power |

Dear Mr. Kallenbach,

In response to your request to examine the Medallion Guarantee stamp, please note the Program Number on the stamp is Z90110406 and the Location ID is NY837A. The Guarantor is JP Morgan Chase Bank, N.A. Also, the website meallionprograms.com lists the Participant Contact Information for this stamp as follows:

Name: Ms. Elizabeth Padilla
Phone: 210-489-6752
Address: 20855 Stone Oak Pkwy, Floor 03
  San Antonio, TX  78258

Ms. Padilla would be the appropriate person to contact concerning the medallion stamp used on Mr. Mergenthaler's stock power dated February 12, 2015.

In response to your question to reissue the above referenced 10,000,000 shares to Mr. Mergenthaler, NATCO does not have the authorization from Enzolytics for this.

Ron Morris may examine the original instruction letter dated February 5, 2015 signed by Peter Mergenthaler as well as the Stock Power dated February 12, 2015 in our office and in my presence. Please let me know when you would like Mr. Morris to review the records.

*Amanda Cardinalli*

President

Nevada Agency and Transfer Company
50 West Liberty Street, Suite 880
Reno NV  89501

Tel: 775-322-0626
Fax: 775-322-5623

THIS EMAIL AND ANY FILES TRANSMITTED WITH IT ARE PRIVILEGED, CONFIDENTIAL, SUBJECT TO COPYRIGHT AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. ANY UNAUTHORIZED USE, COPYING, REVIEW OR DISCLOSURE IS PROHIBITED. PLEASE NOTIFY THE SENDER IMMEDIATELY IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THANK YOU FOR YOUR ASSISTANCE AND CO-OPERATION.

**From:** markkallenbach@comcast.net [mailto:markkallenbach@comcast.net]
**Sent:** Friday, May 14, 2021 8:43 AM

**To:** Tiffany Baxter <tiffany@natco.com>; amanda@natco.com
**Cc:** Peter Mergenthaler <pmergenthaler@hotmail.com>
**Subject:** Peter Mergenthaler 10,000,000 ECO Petroleum Solutions, Inc. Forged Stock Power

Dear Ms. Baxter and Ms. Cardinalli,

I want to take this opportunity to thank you for your efforts in helping to resolve the issues that Mr. Mergenthaler has encountered with respect to his ECO Petroleum Solutions, Inc. shares.

I have attached a copy of an affidavit signed by Mr. Mergenthaler together with letters addressed to the transferees referenced in the forged February 5, 2015 transmittal letter.

Given the attached documents, is it possible to reissue the above referenced shares to Mr. Mergenthaler?

Also, I was unable to identify the signer and the holder of the Medallion Guarantee stamp from the Stock Power that you sent to me. Could you examine the Medallion Guarantee and let me know the identity of the holder? Or, if possible, send a more legible specimen? A reasonable inference is that the Medallion signer on the Stock Power given that Mr. Mergenthaler denies that the signature is in fact his, failed to properly confirm the identity of the signer.

Do you per chance have the original transmittal letter and Stock Power in your document repository? If so, could you make the same available for inspection by my document examiner? He would come to your office and the documents would not leave your control.

If there are documents available to be examined for forensic analysis, I would likely retain Ron Morris to do the examination. I have used Mr. Morris in other cases and his work product is outstanding. I have attached his resume for your review.

I look forward to hearing form you regarding the above matters.

Very truly yours,

Mark J. Kallenbach, Esq.