# "EXHIBIT G"

"EXHIBIT G"

**From:** Simmons, Sondra D
**Sent:** Tuesday, June 15, 2021 8:20 AM
**To:** 'markkallenbach@comcast.net'
**Cc:** Medallion STAMP
**Subject:** FW: Notice of Claim re: Authentication of Non-Genuine Signature onFebruary 12, 2015 Stock Power

Dear Peter Kallenbach

We are in receipt of your inquiry. Any claims related to a Chase Bank medallion signature guarantee must be submitted by an Agent or Issuer, as that term is defined in the Kemark STAMP Indemnity Agreement for Financial Institution Enrollees.

Sincerely,

**Sondra Simmons** | Vice President and Assistant General Counsel |
☎ W: 312.732.2086 | 📠 F: 312.732.3596  |10 South Dearborn, Floor 6, Chicago, Illinois 60603 | ✉ Mail Code: IL1-0290 | e-mail: sondra.d.simmons@chase.com