# "EXHIBIT H"

"EXHIBIT H"

7-6-15

 

eco petroleum solutions inc.

110 Smithtown Blvd.
Suite 3
Nesconset, NY 11767
(631) 257-5454

July 6, 2015

Board of Directors
Eco Petroleum Solutions, Inc.
110 Smithtown Blvd., Ste 3
Nesconset, NY 11767

Re:   Eco Petroleum Solutions, Inc. (the "Company")

Dear Sirs:

Please be advised that I hereby resign as Vice-President and as a Director of Eco Petroleum Solutions, Inc., effective the date of this Correspondence.

My resignation does not in any way imply or infer that there is any dispute or disagreement relating to the Company's operations, policies or practices.

Sincerely,

/s/
James W. Zimbler