# "EXHIBIT A"

**"EXHIBIT A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER MERGENTHALER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. NO. 1:21-cv-01163-RGA |
| ENZOLYTICS, INC., A DELAWARE CORPORATION, SUCCESSOR IN INTEREST TO ECO PETROLEUM SOLUTIONS, INC., A DELAWARE CORPORATION, SUCCESSOR IN INTEREST TO STRUCTURAL ENHANCEMENTS, INC. A DELAWARE CORPORATION | ) ) ) ) ) ) ) ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF MARK J. KALLENBACH, ESQ.**

MARK J. KALLENBACH, Esq. states and declares as follows:

(1) I am an attorney, duly licensed to practice law in the State of Minnesota and have been admitted *pro hac vice* to represent Plaintiff Peter Mergenthaler ("Mergenthaler") in the above-captioned case.

(2) If called to do so, I could competently testify to the following facts.

(3) The following documents are true and correct copies of the originals:

(4) Ex. A, "MSN Money's" July 9, 2022 market report reveals that on July 9, 2022, ENZC's shares traded for $.0678 per share and that on August 11, 2021, its shares traded for $.11 per share.

I declare under penalty of perjury that the foregoing is based upon my personal knowledge and belief and is true and correct. Executed this 11th day of July 2022 at Minneapolis, Minnesota.

s/ Mark J. Kallenbach
Mark J. Kallenbach, Esq.

# "EXHIBIT A"

**"EXHIBIT A"**



### Enzolytics Inc. (ENZC) Stock Historical Prices & Data
https://finance.yahoo.com/quote/ENZC/history

102 rows · Discover **historical prices** for **ENZC** stock on Yahoo Finance. View daily, weekly or monthly format back to when Enzolytics Inc. stock was issued.

| DATE | OPEN | HIGH | LOW |
|---|---|---|---|
| Jul 06, 2022 | 0.0680 | 0.0739 | 0.0680 |
| Jul 05, 2022 | 0.0684 | 0.0700 | 0.0655 |
| Jul 01, 2022 | 0.0665 | 0.0698 | 0.0627 |
| Jun 30, 2022 | 0.0658 | 0.0678 | 0.0651 |

See all 102 rows on finance.yahoo.com

