IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER MERGENTHALER,<br><br>Plaintiff,<br><br>v.<br><br>ENZOLYTICS, INC., A DELAWARE CORPORATION, SUCCESSOR IN INTEREST TO ECO PETROLEUM SOLUTIONS, INC., A DELAWARE CORPORATION, SUCCESSOR IN INTEREST TO STRUCTURAL ENHANCEMENTS, INC. A DELAWARE CORPORATION,<br><br>Defendant. | Civil Action No. 21-1163-RGA |

## ORDER

For the reasons stated in the corresponding Memorandum Opinion, Defendant's motion to dismiss (D.I. 7) is **GRANTED**, and Plaintiff's cross-motion (D.I. 17) is **DENIED**.

Entered this 17th day of August, 2022.

/s/ Richard G. Andrews
United States District Judge